In the Matter of the Arbitration between THE WHEAT EXPORT COMPANY, INCORPORATED, Respondent, and THE NEW CENTURY COMPANY, Appellant.

*Matter of Wheat Export Co., Inc.*, 185 App. Div. 723, affirmed.
(Argued October 2, 1919; decided October 21, 1919.)

APPEAL from two orders of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1919, which reversed two orders of Special Term, one denying a motion to confirm an award in arbitration proceedings and the other granting a motion to vacate and set aside said award. The orders at Special Term were made on the ground the arbitrators had not carried out the terms of the submission in that they had not complied with certain rules of the New York Produce Exchange forming part of the contract in controversy. The Appellate Division, however, held that these rules were properly disregarded by the arbitrators, because they were inapplicable to the facts in the case.

*David Haar* and *Max Frieder* for appellant.
*Victor E. Whitlock* for respondent.

Orders affirmed and award confirmed, with one bill of costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.   Absent: HOGAN, J.